**Exhibit A to the Complaint**

**Location:** Queens, NY  **IP Address:** 68.129.255.115
**Total Works Infringed:** 45  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 16624DC962AD287E50F060DBD62AF4766A173C00 | 04/22/2025 18:06:55 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 2 | 5BDB88CC053754321CAEA4B05A39407BC845578E | 03/26/2025 13:11:27 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 3 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | 03/26/2025 13:03:03 | Tushy | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 4 | ef05af7f64521939b9fce58f809c6e5a97159874 | 10/04/2024 01:30:14 | Tushy | 10/23/2022 | 10/31/2022 | PA0002377815 |
| 5 | 405a9e3bdf058356becb272fe88f45c27c0ad4c9 | 09/20/2024 17:13:22 | Tushy | 10/10/2021 | 12/03/2021 | PA0002333661 |
| 6 | f30610a762046a5970d53b3a8062791bb39dde6c | 08/29/2024 22:41:56 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |
| 7 | 76873b11043e244507d1c33288caf4ccd5e8b8cd | 08/29/2024 18:45:45 | Blacked Raw | 09/20/2021 | 11/11/2021 | PA0002321298 |
| 8 | 1ef7a7414123a84f23442fdd172db7a4945c1c4c | 08/27/2024 21:24:44 | TushyRaw | 12/13/2023 | 01/16/2024 | PA0002449498 |
| 9 | 0e9acb2655ab68ed4b372da7232450e90729087a | 08/27/2024 02:47:20 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 10 | 9f18096e7ae7c436d4cb364e2b0e461775c75a2d | 08/27/2024 01:42:47 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |
| 11 | 647e6e9deff1e31417ce332db3844e93836862fa | 08/26/2024 15:49:28 | Vixen | 05/14/2021 | 06/03/2021 | PA0002299686 |
| 12 | C06BE5AD424DEAEEF37D595614E9A58994A24D7D | 07/24/2024 12:43:11 | Tushy | 05/02/2021 | 06/15/2021 | PA0002296917 |
| 13 | 1f56778cf6def1ea94150b31504211dc4a33f6ac | 07/21/2024 02:40:35 | Tushy | 10/16/2022 | 11/27/2022 | PA0002388606 |
| 14 | 645d6ad60d2cd29263480e869fc1c48447d4faac | 07/09/2024 21:50:05 | Blacked | 07/07/2024 | 07/15/2024 | PA0002480445 |
| 15 | 5b898718b15b70ca4feb83925ebe4524b6e042b0 | 07/09/2024 15:50:58 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 16 | f5452476fbde389ace2683a83306d01b549bc6d2 | 07/07/2024 18:20:27 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 740e5c72e8c44a2acc8edceee5aeb529fa69797b | 07/07/2024 15:31:58 | Blacked | 09/13/2021 | 10/05/2021 | PA0002315289 |
| 18 | 90f62baca4c5335afc04a1d2b3b49b7c43ace493 | 07/01/2024 04:11:57 | Tushy | 03/19/2023 | 04/07/2023 | PA0002405758 |
| 19 | 31469ba4071d5804172de1daf17e860bc7370f37 | 06/21/2024 01:05:06 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 20 | 9ee22b859feee1325454a8aa914384557bbb9899 | 06/20/2024 20:58:56 | Tushy | 03/20/2022 | 03/29/2022 | PA0002342842 |
| 21 | 6e20e0e16ce8b973010840bfa905cb4da48a69ac | 06/20/2024 17:01:26 | Blacked Raw | 12/20/2021 | 01/17/2022 | PA0002330107 |
| 22 | a0f179703b2436fd1419c72f3947a16a6ab2eddf | 05/24/2024 20:28:32 | Slayed | 10/21/2021 | 11/01/2021 | PA0002326406 |
| 23 | 04e0821413cff172599a04888f014bdae10ed908 | 05/24/2024 01:37:10 | Vixen | 03/11/2022 | 04/21/2022 | PA0002353783 |
| 24 | e2af5212d0cb21d08e0f0499010a5d18ff3b2c44 | 05/19/2024 03:17:03 | Blacked | 12/11/2021 | 03/04/2022 | PA0002345793 |
| 25 | a6ccdc620959ea4cb9f2dc3d9d5f1f3c1a1bc261 | 05/19/2024 02:51:43 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 26 | 32a2a6074913d225749a5de7409f1271f559898f | 05/18/2024 23:45:48 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 27 | 774e249ba3a2ea7349e61e1222562eb28637a2f8 | 05/09/2024 00:11:48 | Vixen | 09/15/2023 | 10/18/2023 | PA0002435602 |
| 28 | 468b16982691c5ec859e27fc7db0cb4a23efbfec | 05/07/2024 17:15:17 | Vixen | 05/21/2021 | 06/03/2021 | PA0002299688 |
| 29 | C9ACAAC3180D12929781CED95F8F37571A3477D3 | 05/01/2024 14:51:08 | TushyRaw | 04/30/2024 | 05/09/2024 | PA0002470227 |
| 30 | b20f7d9a526b6dac71738c2c87e1436636adde3c | 04/25/2024 00:47:39 | Tushy | 11/21/2021 | 12/09/2021 | PA0002325830 |
| 31 | f6bf75f9c645405608de29744dafaded73b25898 | 04/15/2024 13:53:26 | TushyRaw | 06/28/2023 | 08/22/2023 | PA0002431059 |
| 32 | 2be9fe8390f5fae1eeb85aff3ff74271018d7ffc | 04/15/2024 13:30:49 | Blacked | 05/22/2021 | 06/09/2021 | PA0002295591 |
| 33 | 4737311B2F2EF13CE8D4D00DB133FD92217FE068 | 03/19/2024 15:50:18 | Tushy | 08/13/2023 | 10/18/2023 | PA0002435313 |
| 34 | 341f958c2be44c9ad1b16278a1e763d032c799b7 | 02/28/2024 14:26:16 | Blacked Raw | 03/25/2023 | 04/07/2023 | PA0002405729 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 220fbd48d861ef3ff3c68213fb21f2836e6589ba | 02/09/2024 12:30:15 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 36 | 265A71CB34CC15297F15EE23948D6F0D6CA1E706 | 02/08/2024 13:28:13 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |
| 37 | 69cdf83fc00086b43190c9de5bd0cf571baf088a | 01/30/2024 13:03:08 | Blacked | 05/15/2021 | 06/09/2021 | PA0002295594 |
| 38 | df2d5f9eb86db3a51b2dc2cfb5447541b49b8577 | 01/10/2024 13:32:55 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 39 | B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F | 01/09/2024 13:59:34 | Blacked | 09/04/2021 | 09/21/2021 | PA0002312679 |
| 40 | 3cff39d8f64a2f518b120469d3fdc7c267d21f5b | 12/12/2023 11:02:24 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 41 | 13FC6B6EE61DA4E2EEC03351F89AB9631AAE313B | 11/21/2023 13:13:41 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 42 | 3222ff216775ab7cb4515f78a19046eecb3ebfd3 | 11/20/2023 13:10:27 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |
| 43 | e8bb712a30222b7bc5c4731c3979e1742d5182ad | 09/02/2023 02:08:47 | Blacked | 03/18/2023 | 04/07/2023 | PA0002405751 |
| 44 | fb7edd0fd9827166e00247322ba0892fac15c932 | 08/29/2023 11:25:48 | Tushy | 04/25/2021 | 06/09/2021 | PA0002295582 |
| 45 | 57eed88ddad1bd29adab82ecc53b0a5d76258110 | 08/11/2023 15:22:24 | Blacked Raw | 11/29/2021 | 02/03/2022 | PA0002341803 |